# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Main:  305-949-7777
Fax:    305-704-3877

July 6, 2022

**VIA CM/ECF**
Honorable Judge John P. Cronan
United States District Court
Southern District of New York
500 Pearl Street – Courtroom 20C
New York, NY 10007

        **Re:**    Vuppala v. 1133 6th Avenue Garage LLC, d/b/a City Parking – Icon Parking, et al.
                  Case 1:21-cv-08163-JPC

Dear Judge Cronan:

    Per Order [D.E. 18], the Initial Pretrial Conference in this matter is currently scheduled for Thursday, July 7, 2022, at 11:30 a.m. in your Honor's Courtroom.  A Mediation date has been agreed upon to be scheduled in this matter for July 25, 2022, in pursuit of a potential resolution of this matter.

    In the event this matter settles and in order to conserve further attorney's fees and costs, the parties have agreed to adjourn the Initial Pretrial Conference.  The parties, therefore, respectfully requests a 30-day adjournment of the Conference or an adjournment date effective after the July 25th Mediation.  The parties have conferred, consent and are in agreement to the filing of this motion.

    This Court may wish to take notice that this is the parties first request for an adjournment of this Conference.  Thank you for your attention to this request.

Respectfully,

By: /S/ B. Bradley Weitz
    B. Bradley Weitz, Esq.
    The Weitz Law Firm, P.A.
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, FL 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    Email: bbw@weitzfirm.com
    Attorneys for Plaintiff

cc:    Andrew Williamson, Esq.
       Cori A. Rosen, Esq.

This request is granted.  The Court adjourns the Initial Pretrial Conference scheduled for July 7, 2022 until August 8, 2022 at 1:00 p.m.  At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.  As outlined in the Court's April 20, 2022 order, *see* Dkt. 18, the parties shall file a joint letter and a proposed case management plan by August 1, 2022.

SO ORDERED
Date: July 6, 2022
New York, New York

_____
JOHN P. CRONAN
United States District Judge