USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

DARKPULSE, INC., ET AL.,

                Plaintiffs,

- against -

CROWN BRIDGE PARTNERS, LLC, ET AL.,

                Defendants.

**22-cv-8163 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

    The Court has reviewed the pre-motion letters exchanged by the parties regarding Defendants' anticipated motion to dismiss the complaint and strike the class allegations and is not persuaded that a pre-motion conference is necessary at this time. (See Dkt. No. 15, 18, 19.)

    Accordingly, the Court directs the parties to advise whether they consent for the Court to deem the pre-motion letters to constitute a fully briefed motion to dismiss the complaint and strike the class allegations and for the Court to rule on the basis of the limited briefs or whether the parties request supplemental or full briefing. If the parties request supplemental or full briefing, they shall submit a proposed briefing schedule within two (2) weeks of the date of this Order.

**SO ORDERED.**

Dated:     22 November, 2022
           New York, New York

_____
Victor Marrero
U.S.D.J.